APPEAL No. 73-226. ESQUIRE SWIMMING POOL PRODUCTS, INC. *v.* HARRY C. PITTMAN *et ux.* Petition for reargument denied. *Quinn, Cuzzone & Geremia, John F. Cuzzone, Jr.,* for plaintiff. *F. Monroe Allen,* for defendants.

APPEAL No. 74-100. JACENTO ROSA *et ux. v.* MARGARET KILDUFF *et al.* Pro se motion of appellant, John Oliveira, to assign is granted. The matter is assigned to the calendar for the first Monday in April, 1975, for oral argument. *Hodosh, Spinella, Hodosh & Angelone, James D. Levitt,* for plaintiffs-appellees. *John Oliveira,* defendant-appellant, pro se.

APPEAL No. 74-139. SANDRA HAZEN *v.* IRWIN HAZEN. Motion of appellant requesting that either her appeal be sustained, that the controversy be decided solely on the basis of the contentions she has briefed, or that the appellee be ordered to comply with the terms of a prior decree entered in this cause by the Family Court is denied. *Kirshenbaum & Kirshenbaum, Alfred Factor,* for appellant. *Robert G. Crouchley,* for appellee.

APPEAL No. 74-237. DAVID YOUNG *v.* JOSHUA PARK *et al.* Motions of appellees to affirm judgment of the Superior Court under Rule 16(g), as amended, are denied. Roberts, C. J. not participating. *Ernest Barone,* for appellant. *Higgins, Cavanagh & Cooney, Kenneth P. Borden,* for C. O. Hoffacker Company; *Hinckley, Allen, Salisbury & Parsons, Michael P. DeFanti,* for Elmwood Medical Laboratory, Inc.; *Roberts & Willey Incorporated, David W. Carroll,* for Stanley T. Grzebien, M. D.; *Taft & McSally, Richard R. DelSesto,* for William J. H. Fischer, M. D.; *Quinn, Cuzzone & Geremia, John F. Cuzzone, Jr.,* for *John C. Osenkowski, M. D.,* for appellees.

APPEAL No. 74-243. GUIDO TORTOLANO *et ux. v.* ALBERT DIPHILIPPO, JR. *v.* THE CITY OF PROVIDENCE *et al.* Motion of appellees to affirm the judgment of the Superior Court under Rule 16(g), as amended, is denied. *Morriss & Vacca, Anthony Vacca,* for appellees. *Bevilacqua & Cicilline, Stephen E. Cicilline,* for appellant Albert DiPhilippo, Jr.